

**IT IS ORDERED as set forth below:**

**Date: November 4, 2016**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 14-42395 |
| | ) | |
| FREDERICK GERALD MCDANIEL | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | JUDGE: PWB |

_____

| | | |
|---|---|---|
| | ) | |
| FREDERICK GERALD MCDANIEL | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| FORD MOTOR CREDIT COMPANY | ) | |
| | ) | |
| | ) | |
| Respondent | | |

**ORDER ON**
**OBJECTION TO PROOF OF CLAIM NO. 6**

It appearing that FREDERICK GERALD MCDANIEL the Movant(s) herein, having filed an Objection to the Proof of Claim of FORD MOTOR CREDIT COMPANY on  August 26, 2016, in the above-styled matter and that a hearing was scheduled for, October 05 2016.

The Court held a hearing on this matter on October 05, 2016 at 10:00AM. Present were Counsel for the Chapter 13 Trustee and Counsel for the Debtor. There was no appearance on behalf of the Respondent.

The Debtor's motion set forth that the claim should be completely disallowed. However, upon review, it appears that the claim is an allowable unsecured claim with an incorrect judgement lien attached.

Therefore, the claim is hereby allowed as an unsecured claim in the amount of $13,479.23, which is the unsecured deficiency balance reflected by the remainder of the supporting documents attached to the claim.

(END OF DOCUMENT)

Presented by:                                    No Opposition by:


 /s/  Chris Rampley                              BY: /s/ Brandi Kirkland
CHRIS RAMPLEY                                    BRANDI KIRKLAND
Attorney for Debtor(s)/Movant(s)                 For the CHAPTER 13 TRUSTEE
GA Bar No. 593225                                GA Bar no. 423627
P.O. Box 927                                     191 Peachtree Street, N.E.
Rome, Georgia 30162                              Atlanta, GA 30303
Phone: (706) 291-7060                            Phone: (404) 215-1100
Fax: (706) 291-9743


**Distribution:**

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, N.E Suite #2200
Atlanta, GA 30303-1740

FORD MOTOR CREDIT COMPANY
Att:  Vanessa A. Leo
271 17th Street NW, Suite 2200
Atlanta, GA 30363